UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melody Chacker,<br>Plaintiff,<br>v.<br>Chase Bank USA, N.A., A corporation A.K.A. J.P. Morgan Chase, and or Chase, Chase Legal,<br>Defendant. | Case No. CV 10-06014 RGK (JEMx)<br>**~~[PROPOSED]~~ JUDGMENT** |
| Chase Bank USA, N.A.,<br>Counterclaimant,<br>v.<br>Melody Chacker,<br>Counterdefendant. | |

The Court having granted the motion for summary judgment of defendant and counterclaimant Chase Bank USA, N.A. ("Chase") on June 6, 2012, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Chase and against plaintiff and counterdefendant Melody Chacker ("Chacker") as follows:

1.     Judgment is entered in favor of Chase and against Chacker as to Chacker's entire complaint, which is hereby dismissed with prejudice; and

2.     Judgment is entered in favor of Chase and against Chacker as to Chase's counterclaim in the amount of $62,178.13, plus interest pursuant to the applicable cardmember agrements at the default contract rate from the applicable dates of default to the date of this judgment. More specifically, judgment is entered in favor of Chase in the following amounts:

    A.     For Plaintiff's Chase credit card account bearing an account number ending in 4535, the past due balance of $21,776.70, plus interest at the rate of 29.99% from November 30, 2010 to the date of this judgment[1];

    B.     For Plaintiff's Chase credit card account bearing an account number ending in 8639:

        i.     the past due balance of $9,149.32, plus interest at the rate of 15.24% from May 31, 2010 to the date of this judgment[2]; and

        ii.     the past due balance of $84.81, plus interest at the rate of 22.24% from May 31, 2010 to the date of this judgment[3];

    C.     For Plaintiff's Chase credit card account bearing an account

---

[1] Attached hereto as Exhibit A is a minimally-redacted (to remove the first twelve digits of the account number and Ms. Chacker's address) copy of the last billing statement available for the 4535 account, which reflects the balance on the account and the applicable interest rate. This billing statement was included as part of Exhibit A to the Declaration of Anthony Demczak filed in support of the motion for summary judgment (Docket No. 60). As noted in the motion for summary judgment, the unpaid and past due balance on the 4535 account has increased to $21,776.70, which is the figure correctly reflected in the order granting the motion for summary judgment. Chase's Memorandum of Points and Authorities in support of Motion for Summary Judgment, at 11 n.6; June 6, 2012 Order Granting Summary Judgment (Docket No. 88).

[2] Attached hereto as Exhibit B is a minimally-redacted copy of the last billing statement available for the 8639 account, which reflects the balance due on the account and the applicable interest rates. See p. 17 of 18 of Exhibit B for a summary of the applicable interest rates. This billing statement was included as part of Exhibit B to the Declaration of Anthony Demczak filed in support of the motion for summary judgment (Docket No. 60).

[3] Attached hereto as Exhibit B is a minimally-redacted copy of the last billing statement available for the 8639 account, which reflects the balance due on the account and the applicable interest rates. This billing statement was included as part of Exhibit B to the Declaration of Anthony Demczak filed in support of the motion for summary judgment (Docket No. 60).

number ending in 4213, the past due balance of $18,366.91, plus interest at the rate of 29.24% from May 31, 2010 to the date of this judgment[4]; and

D. For Plaintiff's Chase credit card account bearing an account number ending in 9007:

i. the past due balance of $2,868.34, plus interest at the rate of 29.99% from May 31, 2010 to the date of this judgment[5]; and

ii. the past due balance of $9,932.05, plus interest at the rate of 3.99% from May 31, 2010 to the date of this judgment[6].

3. Chase shall also recover its taxable costs and attorneys' fees as provided for in the applicable cardmember agreements, pursuant to noticed motion.

Dated: 09.28, 2012

THE HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[4] Attached hereto as Exhibit C is a minimally-redacted copy of the last billing statement available for the 4213 account, which reflects the balance due on the account and the applicable interest rates. This billing statement was included as part of Exhibit C to the Declaration of Anthony Demczak filed in support of the motion for summary judgment (Docket No. 60).

[5] Attached hereto as Exhibit D is a minimally-redacted copy of the last billing statement available for the 9007 account, which reflects the balance due on the account and the applicable interest rates. See p. 17 of 18 of Exhibit B for a summary of the applicable interest rates. This billing statement was included as part of Exhibit D to the Declaration of Anthony Demczak filed in support of the motion for summary judgment (Docket No. 60).

[6] Attached hereto as Exhibit D is a minimally-redacted copy of the last billing statement available for the 9007 account, which reflects the balance due on the account and the applicable interest rates. This billing statement was included as part of Exhibit D to the Declaration of Anthony Demczak filed in support of the motion for summary judgment (Docket No. 60).

# EXHIBIT A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 08/25/10 | $20,114.91 | $1,206.00 | $1,608.60 |

Account number: [redacted] 4535

$

Make your check payable to: Chase Card Services. Please write amount enclosed. New address or e-mail? Print on back.

MELODY D CHACKER
CHAOS ENTERPRISES
[redacted]
MANHATTAN BEACH CA [redacted]

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

REDACTED

from CHASE

Manage your account online: www.chase.com/ink

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: [redacted] 4535

| | |
|---|---|
| Previous Balance | $20,114.91 |
| New Balance | $20,114.91 |
| Opening/Closing Date | 06/25/10 - 07/26/10 |
| Total Credit Line | $18,700 |
| Available Credit | $0 |
| Cash Access Line | $3,740 |
| Available for Cash | $0 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $20,114.91 |
| Payment Due Date | 08/25/10 |
| Minimum Payment Due | $1,608.60 |

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay up to a $39 late fee.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, call the number on the back of your card or go to the web site listed above.

The charge privileges on your credit card account have been revoked. You no longer have the ability to use your credit card account for purchases. We can help you get back on track. Call 1-858-549-6881 (collect 1-302-594-8200) today.

Important Message: You Are Overlimit!
Your statement balance exceeds your credit line. You should make a payment that includes the overlimit amount to bring the balance under your credit line.

This account is closed and not available for new transactions. If there is a balance please continue to make payments by the due date.

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account on or after January 31, 2010.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) 30 Days in Cycle | Balance Subject To Interest Rate | Interest Charges | Accrued Interest Charges |
|---|---|---|---|---|
| Purchases | 29.99% (v) | $0.00 | $0.00 | $0.00 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 | $0.00 |
| Balance transfer | 29.99% (v) | $0.00 | $0.00 | $0.00 |

(v) = Variable Rate

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Save time on employee reimbursements. Improve expense tracking. Maintain control with individual spending limits. Call the number on the back of your card today to request additional employee cards and take full advantage of your Chase Business Card account.

This Statement is a Facsimile - Not an original

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ____________________

City: ____________________

State: ______ Zip: ______ ______

Home Phone: ______ ______ ______ Work Phone: ______ ______ ______

E-mail Address: ____________________

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-346-5538<br>Español 1-888-793-0974<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-480-350-7099 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com/[illegible] |

Information About Your Account

[illegible]

0000001 0

# EXHIBIT B

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/07/10 | $9,234.15 | $1,563.03 | $1,809.00 |

Account number: [redacted]8639

$ [ ]

Make your check payable to:
Chase Card Services.
Please write account enclosed.
New address or e-mail? Print on back.

MELODY D CHACKER
[redacted]
MANHATTAN BEACH CA [redacted]

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

# REDACTED

slate
from CHASE

Manage your account online: www.chase.com/creditcards

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: [redacted]8639

| | |
|---|---|
| Previous Balance | $9,080.18 |
| Fees Charged | +$39.00 |
| Interest Charged | +$114.97 |
| New Balance | $9,234.15 |
| Opening/Closing Date | 04/11/10 - 05/10/10 |
| Total Credit Line | $8,400 |
| Available Credit | $0 |
| Cash Access Line | $1,680 |
| Available for Cash | $0 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $9,234.15 |
| Payment Due Date | 06/07/10 |
| Minimum Payment Due | $1,809.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee and your APRs will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 63 years | $92,437 |
| $322 | 3 years | $11,593 (Savings=$10,844) |

If you would like information about credit counseling services, call 1-866-797-2885.

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly. As a result, your credit bureau will be updated with a negative rating that could last for up to seven years. We can still help, but you need to call us now at 1-866-792-7547 (collect 1-302-594-8200).

Important Message: You Are Overlimit!
Your statement balance exceeds your credit line. You should make a payment that includes the overlimit amount to bring the balance under your credit line.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | FEES CHARGED | |
| 05/07 | LATE FEE | 39.00 |
| | TOTAL FEES FOR THIS PERIOD | $39.00 |
| | INTEREST CHARGED | |
| 05/10 | PURCHASE INTEREST CHARGE | 1.65 |
| 05/10 | PURCHASE INTEREST CHARGE | 12.07 |
| 05/10 | BALANCE TRANSFER INTEREST CHARGE | 101.05 |
| | TOTAL INTEREST FOR THIS PERIOD | $114.97 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $195.00 |
| Total interest charged in 2010 | $447.35 |

Year-to-date totals reflect all charges minus any refunds applied to your account on or after January 01, 2010.

This Statement is a Facsimile - Not an original

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______

City: ______

State: ______

Zip: ______

Home Phone: ______

Work Phone: ______

E-mail Address: ______

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-945-2000<br>Español 1-888-446-3308<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S., call collect 1-302-594-8200 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com/creditcards |

Information About Your Account

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Statement Date: 04/11/10 - 05/10/10
Account Number: [redacted] 8839
Page 2 of 2

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) 30 Days In Cycle | Balance Subject To Interest Rate | Interest Charges | Accrued Interest Charges |
|---|---|---|---|---|
| Purchases | 15.24% (v) | $987.79 | $12.37 | $0.00 |
| Purchases | 22.24% (v) | $84.81 | $1.65 | $0.00 |
| Cash Advances | 19.24% (v) | $0.00 | $0.00 | $0.00 |
| Cash Advances | 22.24% (v) | $0.00 | $0.00 | $0.00 |
| Balance transfer | 15.24% (v) | $8,005.14 | $101.05 | $0.00 |

(v) = Variable Rate

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**REDACTED**

This Statement is a Facsimile - Not an original

# EXHIBIT C

Case 2:10-cv-06014-RGK-JEM Document 89-8 Filed 06/15/12 Page 12 of 20 Page ID #:1870

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/09/10 | $18,366.91 | $1,160.00 | $4,817.00 |

Account number: [redacted] 4213

$ [ ]

Make your check payable to: Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

[illegible]
MELODY CHACKER
[redacted]
MANHATTAN BEACH CA [redacted]

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

REDACTED

CHASE

Manage your account online: www.chase.com/creditcards

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: [redacted] 4213

| | |
|---|---|
| Previous Balance | $17,892.74 |
| Fees Charged | +$39.00 |
| Interest Charged | +$435.17 |
| New Balance | $18,366.91 |
| Opening/Closing Date | 04/13/10 - 05/12/10 |
| Total Credit Line | $15,170 |
| Available Credit | $0 |
| Cash Access Line | $15,170 |
| Available for Cash | $0 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $18,366.91 |
| Payment Due Date | 06/09/10 |
| Minimum Payment Due | $4,817.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee and your APRs will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 years | $52,482 |
| $776 | 3 years | $27,920 (Savings=$24,562) |

If you would like information about credit counseling services, call 1-866-797-2885.

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly. As a result, your credit bureau will be updated with a negative rating that could last for up to seven years. We can still help, but you need to call us now at 1-888-792-7547 (collect 1-302-594-8200).

Important Message: You Are Overlimit!
Your statement balance exceeds your credit line. You should make a payment that includes the overlimit amount to bring the balance under your credit line.

## FLEXIBLE REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| Points Earned on Purchases This Period | 0 |
| Points Earned Through Chase Rewards Plus | 0 |
| New Total Points Balance | 0 |

Thank you for using the credit card that earns rewards that can be used for travel, gift cards, cash, or merchandise. Remember, you can earn points by using your Flexible Rewards credit card for everyday purchases like groceries, gas, and drugstore purchases.

Your Chase Flexible Rewards credit card earns 1 point for every $1 you spend on purchases. Earn up to an additional 10 points while shopping online through www.chase.com/rewardsplus. Add authorized users, and sign up to have your monthly bills charged to your card, too. Why not get rewards for all those purchases too? It's that simple. Simply go chase.com/rewards to choose your reward today! Redeem your points anytime, or just check out new offers at www.chase.com/rewards.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | FEES CHARGED | |
| 05/09 | LATE FEE | 39.00 |
| | TOTAL FEES FOR THIS PERIOD | $39.00 |
| | INTEREST CHARGED | |
| 05/12 | PURCHASE INTEREST CHARGE | 364.60 |
| 05/12 | CASH ADVANCE INTEREST CHARGE | 70.57 |
| | TOTAL INTEREST FOR THIS PERIOD | $435.17 |

This Statement is a Facsimile - Not an original

[illegible] Page 1 of 2 [illegible]

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______

City: ______

State: ______

Zip: ______

Home Phone: ______

Work Phone: ______

E-mail Address: ______

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-945-2000<br>Español 1-888-446-3308<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-302-594-8200 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | [illegible] |

Information About Your Account

[illegible]

Statement Date: 04/13/10 - 05/12/10
Account Number: [redacted]4213
Page 2 of 2

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $156.00 |
| Total interest charged in 2010 | $1,874.26 |

Year-to-date totals reflect all charges minus any refunds applied to your account on or after January 31, 2010.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) 30 Days In Cycle | Balance Subject To Interest Rate | Interest Charges | Accrued Interest Charges |
|---|---|---|---|---|
| Purchases | 29.24% (v) | $15,170.82 | $364.80 | $0.00 |
| Cash Advances | 29.24% (v) | $2,936.65 | $70.67 | $0.00 |

(v) = Variable Rate

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

# REDACTED

This Statement is a Facsimile - Not an original

Case 2:10-cv-06014-RGK-JEM Document 91 Filed 10/01/12 Page 15 of 20 Page ID #:1901
Case 2:10-cv-06014-RGK-JEM Document 89-1 Filed 06/15/12 Page 15 of 20 Page ID #:1873

Page 18 of 18



# EXHIBIT D

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/22/10 | $12,800.39 | $1,754.00 | $3,023.39 |

Account number: [redacted] 8007

$ [ . ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

21490 BEX Z 14510 D
MELODY D CHACKER
[redacted]
MANHATTAN BEACH CA [redacted]

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

**REDACTED**

CHASE

Manage your account online: www.chase.com/creditcards

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: [redacted] 8007

| | |
|---|---|
| Previous Balance | $12,658.41 |
| Fees Charged | +$39.00 |
| Interest Charged | +$102.98 |
| New Balance | $12,800.39 |
| Opening/Closing Date | 04/26/10 - 05/25/10 |
| Total Credit Line | $11,500 |
| Available Credit | $0 |
| Cash Access Line | $2,300 |
| Available for Cash | $0 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $12,800.39 |
| Payment Due Date | 06/22/10 |
| Minimum Payment Due | $3,023.39 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee and your APRs will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 37 years | $39,724 |
| $413 | 3 years | $14,870 (Savings=$24,854) |

If you would like information about credit counseling services, call 1-866-797-2885.

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly. As a result, your credit bureau will be updated with a negative rating that could last for up to seven years. We can still help, but you need to call us now at 1-888-792-7547 (collect 1-302-594-8200).

Important Message: You Are Overlimit!
Your statement balance exceeds your credit line. You should make a payment that includes the overlimit amount to bring the balance under your credit line.

## CHASE REWARDS PLUS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| Points Earned at Gas, Grocery & Drug Stores | 0 |
| Points Earned on Other Purchases | 0 |

Earn valuable points with every eligible dollar in purchases you spend on your Chase Rewards PlusSM Card. Redeem them for your choice of a variety of gift cards, merchandise, or even cash! Simply log onto www.chase.com/creditcards and choose your reward.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | **FEES CHARGED** | |
| 05/28 | LATE FEE | 39.00 |
| | TOTAL FEES FOR THIS PERIOD | $39.00 |
| | **INTEREST CHARGED** | |
| 05/25 | PURCHASE INTEREST CHARGE | 70.70 |
| 05/25 | PROMOTION INTEREST CHARGE | 32.28 |
| | TOTAL INTEREST FOR THIS PERIOD | $102.98 |

**This Statement is a Facsimile - Not an original**

0000001 F6653059 D 8 000 N Z 25 10/05/25 Page 1 of 2 05834 MA MA 21490 14910000050002214901
X 0195 815 1422

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ____________________

City: ____________________

State: ____

Zip: ________ ______

Home Phone: ______ ______ ______

Work Phone: ______ ______ ______

E-mail Address: ____________________

**To contact us regarding your account:**

| By Telephone: | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|
| In U.S. 1-800-945-2000<br>Español 1-888-446-3308<br>TDD 1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect 1-302-594-8200 | P.O. Box 15298<br>Wilmington, DE 19850-5298 | P.O. Box 94014<br>Palatine, IL 60094-4014 | www.chase.com/[illegible] |

**Information About Your Account**

[illegible]

**What To Do If You Think You Find A Mistake On Your Statement**

[illegible]

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

[illegible]

Statement Date: 04/26/10 - 05/25/10
Account Number: [redacted]9007
Page 2 of 2

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $156.00 |
| Total interest charged in 2010 | $936.71 |

Year-to-date totals reflect all charges minus any refunds applied to your account on or after January 01, 2010.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) 30 Days in Cycle | Balance Subject To Interest Rate | Interest Charges | Accrued Interest Charges |
|---|---|---|---|---|
| Purchases | 29.99% (v) | $2,868.34 | $70.70 | $0.00 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 | $0.00 |
| Promotion | 3.99% | $9,843.53 | $32.08 | $0.00 |

(v) = Variable Rate

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

REDACTED

This Statement is a Facsimile - Not an original

Case 2:10-cv-06014-RGK-JEM  Document 91  Filed 10/01/12  Page 20 of 20  Page ID #:1906
Case 2:10-cv-06014-RGK-JEM  Document 89-1  Filed 06/15/12  Page 20 of 20  Page ID #:1878

Page 18 of 18